IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02177-MSK-MJW

LYNNE BLISS,

Plaintiff(s),

v.

DLR GROUP, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant's Unopposed Motion to Vacate Settlement Conference, DN 16, filed with the Court on January 22, 2010, is GRANTED. The Settlement Conference set on January 25, 2010, at 3:00 p.m., is VACATED and may be reset at a later date upon written motion from either party.

Date:   January 25, 2010