IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-02177-MSK-MJW

LYNNE BLISS,

Plaintiff(s),

v.

DLR GROUP, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion to Vacate Depositions and Modify the Scheduling Order to Extend Discovery Cut-Off to June 2, 2010 (docket no. 25) is GRANTED. This court can take judicial notice that counsel for Plaintiff have been involved in a jury trial before Judge Walker Miller in the United States District Court for the District of Colorado in case no. 06-cv-01142-WDM-MJW since April 12, 2010, and are still in trial as of the date of this minute order. The discovery cut-off is extended to June 2, 2010. The depositions set on April 20 and 22, 2010, are vacated.

Date: April 19, 2010